JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE RODOLPHO DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01254-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from 02/21/2020 to 04/06/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists.  During the first week of March, Plaintiff's Counsel has 21 administrative hearings scheduled.  During the week of March 9, 2020 Plaintiff's Counsel has 19 administrative hearings, and a federal court hearing.  During the week of March 16, 2020, Plaintiff's Counsel has 19 administrative hearings scheduled as well.  During the week of March 23, 2020, Plaintiff's Counsel has 12 hearings, and one federal court hearing.  Plaintiff's counsel also has many US District Court merit briefs due

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

during this relevant period. As a result of centralized scheduling, and many of Counsel's administrative cases being transferred to other Offices that hearing disability appeals, there have been an unusual number of hearings scheduled in the first quarter of 2020. Plaintiff's Counsel is attempting to make adjustments by hiring new staff and new attorneys to assist him.

Plaintiff also apologizes that this request is made after the 2/21/2020 due date. As asserted above, Counsel has had an inordinate amount of administrative work these last few weeks.

Additionally, Defense Counsel has a pre-planned vacation the last week of March, returning around April 6, 2020. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: February 20, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: February 24, 2020      MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Carol S. Clark*
    Carol S. Clark
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on 02/24/2020)

IT IS SO ORDERED.

Dated: **February 24, 2020**            **/s/ Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE

3