JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

JORGE RODOLPHO DELGADO,

      Plaintiff,

    vs.

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.

Case No. 1:19-cv-01254

STIPULATION AND ORDER
FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from June 10, 2020 to July 10, 2020, for Plaintiff to serve Defendant with PLAINTIFF'S

OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended

accordingly. This is Plaintiff's second request in this case for an extension of time, but first

extension for this task.  Good cause exists for this request.

As with most organizations, COVID-19 has taken a toll on the regular course of business

within Counsel's office. As a result of the various executive orders throughout Fresno County and

the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel

is operating with very limited staff.   The Office of Hearings Operations is still conducting

telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in

developing cases and the requirements of the five-day rule related to submission of evidence to

1

1  the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still

2  continue normal operations but with a significantly reduced level of support.   Additionally,

3  Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further

4  reducing support necessary to timely and efficiently process the workload.

5      Additionally, the week of 05/31/2020, Plaintiff's Counsel had 20 administrative hearings,

6  10 hearing preparation appointments with claimant, 2 Opening briefs, and 1 Reply brief.  Each of

7  the administrative hearings also requires administrative hearing briefs with a full summary of the

8  medical records and legal arguments. The week of 6/7/2020, Plaintiff's Counsel has 15

9  administrative hearings, 1 hearing preparation appointment with claimant, 10 Opening briefs, 1

10  Letter brief, and 3 Reply briefs.

11      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

12  and Court for any inconvenience this may cause.

13

14      Respectfully submitted,

15  Dated: June 5, 2020    PENA & BROMBERG, ATTORNEYS AT LAW

16

17  By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
18  Attorneys for Plaintiff

19

20  Dated: June 5, 2020    MCGREGOR W. SCOTT
21  United States Attorney
DEBORAH LEE STACHEL
22  Regional Chief Counsel, Region IX
Social Security Administration
23

24

25  By:  **/s/ Carol S. Clark*
Carol S. Clark
26  Special Assistant United States Attorney
Attorneys for Defendant
27  (*As authorized by email on June 5, 2020)

28  ///

2

1

2    IT IS SO ORDERED.

3        Dated:    **June 8, 2020**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28