McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JORGE RODOLPHO DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01254-GSA<br><br>MOTION AND ORDER FOR EXTENSION (SECOND REQUEST) |

    Defendant respectfully requests an extension of thirty (30) days in which to file his responsive brief in this case, changing the date on which the brief is due from the current due date of September 8, 2020, to the new due date of October 8, 2020. This is Defendant's second request for extension. On September 3, 2020, Defendant conferred with Counsel for Plaintiff, Jonathan Pena, who confirmed that Plaintiff does not oppose this request.

    Counsel for Defendant makes this request for good cause and in good faith, with no intention of unduly delaying the proceedings. Counsel for Defendant states that a particularly challenging workload, coupled with recent medical emergencies, including her own surgery and

the hospitalization of a family member within the past month, have impeded her ability to complete the brief by the current due date.  Counsel for defendant further represents that since March 2020, her office has lost five attorneys, and their cases were reassigned to the remaining attorneys, including the undersigned, resulting in an unusually heavy caseload.  Counsel for Defendant states that she currently has four district court briefs due on or before September 9, 2020, and is unable to provide the Court with a quality brief within the time remaining.  Counsel for Defendant sincerely apologizes for any inconvenience to Plaintiff or the Court caused by this request.  Counsel for Defendant further requests that all other deadlines in the Court's scheduling order be modified accordingly.

Respectfully submitted,

September 4, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **September 8, 2020**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE