**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JORGE RODOLPHO DELGADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01254-GSA<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION<br><br>(Doc. 25) |

　　　Defendant's unopposed motion for a 14-day extension of time to file a responsive brief (Doc. 25) is granted.  Defendant's response brief is now due October 22, 2020, all other deadlines are adjusted accordingly.

IT IS SO ORDERED.

　　Dated:  **October 9, 2020**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1