McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JORGE RODOLPHO DELGADO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01254-GSA<br><br>DEFENDANT'S MOTION FOR EXTENSION (FOURTH REQUEST) AND ORDER<br><br>(Doc. 27) |

    Defendant respectfully requests an extension of five (5) business days in which to file his responsive brief in this case, changing the date on which the brief is due from October 22, 2020, to the new due date of October 29, 2020. This is Defendant's fourth request for an extension. The Court previously granted two 30-day extensions and one 14-day extension. On October 20, 2020, counsel for Defendant conferred with Counsel for Plaintiff, Jonathan Pena, who confirmed that Plaintiff does not oppose this request.

    Counsel for Defendant understands the unusual nature of this request, and makes this request for good cause and in good faith, with no intention of unduly delaying the proceedings.

Counsel for Defendant is traveling out of state to deal with a family medical emergency and requests the brief additional extension to allow extra time to complete the responsive brief. Counsel for Defendant sincerely apologizes for any inconvenience to Plaintiff or the Court caused by this request. Counsel for Defendant further requests that all other deadlines in the Court's scheduling order be modified accordingly.

Respectfully submitted,

October 20, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant United States Attorney

## ORDER

For good cause shown, Defendant's Request for an Extension is GRANTED. Defendant shall file a responsive brief on or before October 29, 2020. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **October 21, 2020**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE